1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11

BONNIE BROWN,

Plaintiff,

12

v.

13

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

14

Defendants.

15

16

Case No. 1:23-cv-00265-ADA-SAB

ORDER RE NOTICE OF SETTLEMENT AND
ORDERING DISPOSITIONAL DOCUMENTS

(ECF No. 11)

**DEADLINE: JUNE 27, 2023**

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff initiated this action on February 20, 2023.  (ECF No. 1.)  On March 17, 2023, and on April 14, 2023, Defendants Trident Asset Management and LVNV Funding, filed answers.  (ECF Nos. 5, 7.)  However, Defendant Experian Information Solutions, Inc., has not appeared in the action, and Plaintiff has not filed a proof of service regarding this Defendant on the docket.  The mandatory scheduling conference is set for June 8, 2023, and a joint scheduling was due June 1, 2023.  (ECF No. 3.)  On June 2, 2023, after the deadline to do so expired, Plaintiff filed a joint scheduling report on behalf of Plaintiff and Defendants Trident Asset Management and LVNV Funding.  (ECF No. 9.)  However, the joint scheduling report did not provide any information regarding Defendant Experian Information Solutions, Inc.  (Id.) Accordingly, on June 5, 2023, the Court ordered Plaintiff to either provide a supplement to the joint scheduling report addressing Defendant Experian Information Solutions, Inc., request an extension of time to complete service pursuant to Rule 4(m), or otherwise dismiss Defendant

1

1    Experian Information Solutions, Inc. from this action.  (ECF No. 10.)

2        On June 6, 2023, Plaintiff filed a notice of settlement indicating that Plaintiff has settled

3    the matter as to Defendant Experian Information Solutions, Inc.  (ECF No. 11.)   The filing

4    indicates that the parties anticipate filing a notice of dismissal within the next sixty (60) days, and

5    request the Court retain jurisdiction during such period.

6        As the filing contains no specific reason for requiring sixty days to dismiss the Defendant,

7    the Court shall require Plaintiff to file dispositional documents within twenty-one (21) days,

8    consistent with the Local Rule.  See L.R. 160(b) ("[T]he Court shall fix a date upon which the

9    documents disposing of the action or motion must be filed, which date shall not be more than

10   twenty-one (21) days from the date of said notification, absent good cause.").  At that point, if

11   Plaintiff requires additional time to file dispositional documents as to the Defendant, Plaintiff

12   may request an extension of the deadline upon a demonstration of good cause.

13       Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file dispositional documents

14   pertaining to Defendant Experian Information Solutions, Inc., on or before June 27, 2023.

15

16   IT IS SO ORDERED.

17   Dated:   **June 6, 2023**
                                              _____
18                                            UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

2