**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00265-SAB<br><br>ORDER GRANTING DEFENDANT TRIDENT ASSET'S WITHDRAWAL OF COUNSEL OF ATTORNEY AND DIRECTING CLERK OF COURT TO TERMINATE MACKENZIE C. GONZALES AS ATTORNEY OF RECORD<br><br>(ECF No. 16) |

On June 22, 2023, Defendant Trident Asset management filed a notice of withdrawal of counsel, which was filed on the docket as a "Motion to Withdraw as Attorney," requesting approval to withdraw attorney Mackenzie C. Gonzales, of Carlson & Messer LLP, as she is no longer associated with that firm. (ECF No. 16.) Attorney David Jay Kaminski, also of Carlson & Messer LLP, remains as counsel of record for Defendant Trident Asset Management.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to withdraw Mackenzie C. Gonzales as counsel (ECF No. 16) is GRANTED; and

///
///
///
///

1

2. The Clerk of the Court is DIRECTED to terminate Mackenzie C. Gonzales as attorney for Defendant Trident Asset Management.

IT IS SO ORDERED.

Dated: **June 23, 2023**

UNITED STATES MAGISTRATE JUDGE

2