1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE BROWN, | Case No. 1:23-cv-00265-ADA-SAB |
| Plaintiff, | ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE EXPERIAN INFORMATION SOLUTIONS, INC. AS DEFENDANT IN THIS ACTION |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | (ECF No. 18) |
| Defendants. | |

Plaintiff initiated this action on February 20, 2023.  (ECF No. 1.)  On June 25, 2023, Plaintiff filed a notice of dismissal of Defendant Experian Information Solutions, Inc., only. (ECF No. 18.)  The notice of dismissal does not pertain to the other named Defendants.

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice.  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); see also Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) ("The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice.")); Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 687 (9th Cir. 2005) (The Ninth Circuit has "only extended the rule to allow the dismissal of all claims against one defendant, so that a defendant may be dismissed from the entire action.").  "Filing a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice."  Concha, 62 F.3d at 1506.

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Experian Information Solutions, Inc. from this action with prejudice.

IT IS SO ORDERED.

Dated:   **June 26, 2023**

_____
UNITED STATES MAGISTRATE JUDGE