Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:  (323) 979-2063
Facsimile:   (323) 488-6748
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Bonnie Brown,

          Against

Experian Information Solutions, Inc.,
Trident Asset Management
LVNV Funding, LLC

Case No.: 1:23-cv-00265 DJC JDP

**The Hon. Daniel J. Calabretta**

**ORDER FOR CASE DISMISSAL WITH PREJUDICE AS TO LVNV FUNDING, LLC**

Complaint Filed:  2/20/2023

          THE COURT having reviewed the Parties' Proposed Stipulation for Dismissal with

Prejudice as to LVNV Funding, LLC, and being fully advised in the premises, DOES HEREBY

ORDER, that the party is dismissed with prejudice with each party to bear their respective costs

and fees.

Dated:  September 26, 2023

          /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE