UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE BROWN,<br><br>　Plaintiff,<br><br>　v.<br><br>TRIDENT ASSET MANAGEMENT,<br><br>　Defendant. | Case No.:   1:23-cv-00265-DJC-JDP<br><br>**ORDER GRANTING STIPULATION<br>TO CONTINUE PRE-TRIAL DATES** |

　　　Having considered the Parties' Stipulation to Continue Pre-Trial and Trial Dates the Court orders as follows:

　　　The stipulation is GRANTED. The Parties shall have until August 16, 2024 to file a dispositive motion, the Dispositive Motion Hearing deadline is October 3, 2024 at 1:30 p.m., the Pre-Trial Conference is CONTINUED to December 12, 2024 at 1:30 p.m. and the Jury Trial is CONTINUED to February 10, 2025 at 8:30 a.m.

　　　IT IS SO ORDERED.

Dated:  April 9, 2024　　　　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1