**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BONNIE BROWN, | ) Case No. 1:23-cv-00265-DJC-JDP |
| Plaintiff, | ) **ORDER GRANTING STIPULATION TO CONTINUE PRE-TRIAL AND TRIAL DATES** |
| vs. | ) **(Second Request)** |
| EXPERIAN INFORMATION SOLUTIONS, INC., TRIDENT ASSET MANAGEMENT, LLC and LVNV FUNDING, LLC, | ) |
| Defendants. | ) |

Having considered the Parties' Stipulation to Continue Pre-Trial and Trial Dates (Second Request) the Court orders as follows:

The stipulation is GRANTED. The Parties shall have until October 14, 2024 to conduct Non-Expert Discovery and the deadline to file any Dispositive Motions is continued to November 14, 2024. Such motions shall be noticed for hearing on January 9, 2025 at 1:30 p.m. The Final Pre-Trial Conference is continued to March 13, 2025 at 1:30 p.m. and the Jury Trial is continued to May 12, 2025 at 8:30 a.m.

///

///

///

///

The Court will entertain no further requests for modification of the pretrial scheduling order absent the filing of an administrative motion with good cause and compelling circumstances shown.

IT IS SO ORDERED.

Dated: July 17, 2024       /s/ Daniel J. Calabretta
       THE HONORABLE DANIEL J. CALABRETTA
       UNITED STATES DISTRICT JUDGE